IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

      Plaintiff,                      No. CIV S-09-1404 EFB P

      vs.

FERNANDO GONZALEZ,

      Defendant.                 <u>ORDER</u>

_____/

      Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Tehachapi, California. Tehachapi is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

////

1    3. All future filings shall bear the new case number and shall be filed at:

2        United States District Court
          Eastern District of California
3        2500 Tulare Street
          Fresno, CA 93721

4

5    DATED: November 5, 2009.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE